UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KINGATE MANAGEMENT LIMITED LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 09 Civ. 5386 (DAB)<br><br>NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL SECURITIES CLAIMS |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss their claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j and 78t(a), and Rule 10b-5, 17 C.F.R. § 240.10b5 (Counts 29, 30, 31, and 32 of the Amended Consolidated Class Action Complaint) as to all Defendants in this action.

Respectfully submitted,

By:   /s/ David A. Barrett

Date: August 12, 2010

LABATON SUCHAROW LLP
Joel H. Bernstein
Javier Bleichmar
Michael Woolley
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0477

BOIES, SCHILLER
 & FLEXNER LLP
David Boies
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

Fax: (914) 749-8300

David A. Barrett
Howard L. Vickery
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Stuart H. Singer
Carlos M. Sires
Sashi Bach Boruchow
401 East Las Olas Blvd, #1200
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Joel P. Laitman
88 Pine Street
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven J. Toll
Daniel S. Sommers
Joshua Devore
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Co-Lead Counsel for Plaintiffs*