```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                              :     Master File
IN RE: KINGATE MANAGEMENT                     :     1:09-cv-0536 (DAB)
LITIGATION                                    :
                                              :     AFFIDAVIT OF SERVICE
This document relates to all actions          :
                                              :
-----------------------------------------------------X
```

State of New York    )
                     ) ss:.
County of New York   )

SANTIAGO ASSALINI, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, co-lead counsel for Plaintiffs.

3. On November 4, 2010 I served copies of the exhibits to the Declaration Of Anthony George Bompas QC dated November 4, 2010 in this proceeding via electronic mail to all attorneys who have appeared in all proceedings under this master file number.

_____
SANTIAGO ASSALINI

Sworn to before me this
8th day of November, 2010

_____
Notary Public

JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
NO.01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/04/~~2010~~ 2014