UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE KINGATE MANAGEMENT
LIMITED LITIGATION

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/11

09 **CIVIL** 5386 (DAB)

**JUDGMENT**

All Defendants having moved to dismiss the Amended Consolidated Class Action Complaint, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 30, 2011, having rendered its Order granting defendants' motions to dismiss, dismissing the Complaint, with prejudice in its entirety, and denying leave to replead as futile, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2011, defendants' motions to dismiss are granted; the Complaint is dismissed, with prejudice, in its entirety; and leave to replead as futile; accordingly, the case is closed.

**Dated:** New York, New York
March 31, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

_____
**Deputy Clerk**